**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**

| | |
|---|---|
| STEPHANNIE FELSENTHAL, individually and on behalf of all others similarly situated, | Case No. 1:24-cv-05671 |
| Plaintiff, | |
| v. | |
| MEDELA LLC, | |
| Defendant. | |

## NOTICE

**TO THE CLERK:**

Plaintiff Stephannie Felsenthal ("Plaintiff"), by and through her undersigned counsel, notices this Court that, in consideration of this Court's Memorandum Opinion & Order (Dkt. 32), Plaintiff will not be filing a second amended complaint.

Dated: April 20, 2026                      Respectfully submitted,

By:  */s/  Kevin Laukaitis*
Kevin Laukaitis
*klaukaitis@laukaitislaw.com*
**LAUKAITIS LAW LLC**
954 Avenida Ponce De Leon
Suite 205, #10518
San Juan, PR 00907
Telephone: (215) 559-6072

**REESE LLP**
Michael R. Reese
100 West 93rd Street, 16th Floor
New York, NY 10025

T: (212) 643-0500
mreese@reesellp.com

*Counsel for Plaintiff Stephannie Felsenthal and the
Proposed Class*

2